PEOPLE *v.* DICKERSON.

Appeal from Recorder's Court of Detroit, Gillis (Joseph A.), J. Submitted Division 1 on motion to dismiss or affirm August 13, 1968, at Detroit. (Docket No. 4,657.) Decided September 23, 1968.

Purnell Dickerson was convicted of robbery armed committed May 20, 1967. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Belanger & Reuther,* for defendant on appeal.

PER CURIAM. Defendant Purnell Dickerson was tried without a jury and convicted of robbery armed.[*] On appeal it is contended that the evidence was insufficient to establish guilt beyond a reasonable doubt. The people have filed a motion to affirm the conviction.

We have examined the record and we have discovered no reversible error. The question presented here on appeal is unsubstantial and requires no formal argument or submission.

Affirmed.

LESINSKI, C. J., and T. G. KAVANAGH and QUINN, JJ., concurred.

---

[*] CLS 1961, § 750.529 (Stat Ann 1968 Cum Supp § 28.797).